THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COSME, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of entering a building with intent to commit a crime, in violation of section 405 of the Penal Law, reversed on the law, information dismissed and defendant discharged, upon the ground that the determination that defendant entered the premises with unlawful intent was not proved beyond a reasonable doubt. Appeal from orders dismissed. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EQUITABLE MERCHANTS ASSOCIATION, INC., and Others, Defendants; ALBERT S. GOLDBERG and WILLIAM C. BLOCK, Receivers Appointed under Section 353-a of the General Business Law, and WILLIAM C. BLOCK, as Stockholder of EQUITABLE MERCHANTS ASSOCIATION, INC., on Behalf of Themselves and All Other Stockholders Similarly Situated, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EQUITABLE MERCHANTS ASSOCIATION, INC., and Others, Defendants; ALBERT S. GOLDBERG and WILLIAM C. BLOCK, Receivers Appointed under Section 353-a, General Business Law, of EQUITABLE MERCHANTS ASSOCIATION, INC., Appellants; NATHANIEL L. GOLDSTEIN, Permanent Receiver of EQUITABLE MERCHANTS ASSOCIATION, INC., Appointed under Judgment of Dissolution, Respondent.— Order denying motion to vacate judgment of dissolution of a corporation affirmed, with ten dollars costs and disbursements. Order granting motion of the general receiver under a judgment of dissolution of a corporation, terminating a prior receivership under the so-called Martin Act, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HELEN L. SACKETT, Respondent, v. HALSEY J. MUNSON, Assessor of the Town of Rye, New York, and Others, Appellants.— In a certiorari proceeding to review assessments on three parcels of property in the town of Rye, the referee made a report and findings reducing the assessments on the land and leaving unchanged the assessments on the buildings thereon. Final order confirming the referee's report and findings unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

ANNA RAFF, Respondent, v. B. D. B. FRUIT AND VEGETABLE MARKET, INC., Appellant. HARRY RAFF, Respondent, v. B. D. B. FRUIT AND VEGETABLE MARKET, INC., Appellant.— Action by Anna Raff to recover for personal injuries sustained when she slipped on vegetable matter lying on the sidewalk in front of defendant's premises, and a companion action by her husband to recover for expenses and loss of services. Appeal by defendant from judgments in favor of plaintiffs. Judgments of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.